1  Marc Days, CA Bar #184098
   Days Law Firm
2  1125 T Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   KARTIK GERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 5:24-PO-00026-CDB  Case No.: 5:24-PO-00025-CDB |
|---|---|
| Plaintiff, | **MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE [PROPOSED] ORDER** |
| v. | |
| KARTIK GERA, | |
| Defendant. | Date:  June 4, 2024  Time:  10:00am  Judge:  Hon. Christopher D. Baker |

Defendant Kartik Gera hereby moves this Court for an order authorizing him to appear via video at the June 4, 2024, initial appearance.

On February 20, 2024, the government filed two citations charging defendant Kartik Gera with violating a lawful order of a government employee, in violation of 36 CFR 2.32(a)(2). [Dkt 1]. On March 1, 2024, the government filed a statement of its intent to not pursue a custodial sentence. [Dkt 10].

The defense now moves this Court for an order authorizing Kartik Gera to appear via video at the initial appearance. Mr. Gera resides in Jersey City, New Jersey and traveling to the Eastern District of California for his initial appearance would be a substantial financial burden.

In light of the foregoing, the defense respectfully requests that the Court authorize Kartik Gera to appear via Zoom on June 4, 2024.

Respectfully submitted,

Date: May 29, 2024

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant

## **O R D E R**

For good cause shown, Defendant Kartik Gera is authorized to appear via video at the June 4, 2024, initial appearance.

Defendant and counsel are advised that future proceedings apart from status conferences (*i.e.*, changes of plea, trial, sentencing) shall be conducted with both defendant and counsel appearing in-person either at the U.S. District Court in Bakersfield, California, or via video at the U.S. District Court in Newark, New Jersey.

IT IS SO ORDERED.

Dated:   **May 30, 2024**

UNITED STATES MAGISTRATE JUDGE