Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KARTIK GERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>KARTIK GERA,<br><br><br><br>　　　　　Defendant. | Case No.: 5:24-PO-00025-CDB<br><br>**PETITION FOR EARLY TERMINATION OF PROBATION**<br><br><br><br><br><br>Judge:  Hon. Christopher D. Baker |

　　　Defendant, Kartik Gera, through counsel, Marc Days, and the United States of America, through counsel, Assistant United States Attorney Chan Hee Chu, hereby petition the Court for early termination of Defendant's probation.

### PROCEDURAL BACKGROUND

　　　On July 2, 2024, Defendant pled guilty to a violation of 36 CFR 4.10(a), operating a vehicle off road, and was sentenced to one year unsupervised probation, $1000 fine, $10 special assessment, $30 processing fee, and $1000 payment to a charity approved by the government with a nexus to the offense.  As part of the parties agreement, the parties agreed to seek early termination of probation if Defendant was in compliance with the terms of his probation after four months.

///

**PERFORMANCE ON PROBATION**

On July 16, 2024, Defendant paid the fine, special assessment, and processing fee. On that same date, Defendant made a $1000 payment to Carbon Lighthouse Association, a charity approved by the government. Defendant is in compliance with the terms of his probation.

**CONCLUSION**

Based on the foregoing, the parties respectfully request the Court grant Defendant's petition of early termination of probation.

Respectfully submitted,

Date: November 4, 2024        */s/ Marc Days*
                              MARC DAYS
                              Attorney for Defendant

Dated: November 4, 2024       PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Chan Hee Chu*
                              CHAN HEE CHU
                              Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.** Having complied with the terms of his probation, the unopposed petition for early termination of probation by Defendant Kartik Gera is HEREBY GRANTED, all remaining case management dates are VACATED, and the proceedings in the case are terminated.

IT IS SO ORDERED.

Dated:  **November 5, 2024**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE